JOHN W. HUBER, United States Attorney (No. 7226)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9770)
ISAAC WORKMAN, Assistant United States Attorney (No. 14031)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2019 FEB 13  P 3: 16
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIOLATION: |
| vs. | 21 U.S.C. § 841(a) –Possession of a Controlled Substance with Intent to Distribute. |
| VALENTIN GUADARRAMA, | Case: 1:19-cr-00021 |
| Defendant. | Assigned To : Campbell, Tena<br>Assign. Date : 2/13/2019<br>Description: US v. Guadarrama |

The Grand Jury charges:

### COUNT I
21 U.S.C. § 841(a)
(Possession of a Controlled Substance with Intent to Distribute)

On or about July 3, 2018 in the Northern Division of the District of Utah,

**VALENTIN GUADARRAMA,**

the defendant herein, did knowingly and intentionally possess with intent to distribute

(50) fifty grams or more of methamphetamine, a schedule II controlled substance within

1

the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

_/s/_____
FOREPERSON of the GRAND JURY


JOHN W. HUBER
United States Attorney

_[signature]_____
BRANDEN B. MILES
Special Assistant United States Attorney