JOHN W. HUBER, United States Attorney (No. 7226)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9777)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH
NOV 25 2019
MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | 1:19-CR-00021 TC |
|---|---|
| Plaintiff, | **FELONY INFORMATION** |
| vs. | VIO. |
| VALENTINE GUADARRAMA, | 21 U.S.C. § 841 (a)(1), Possession of Methamphetamine with Intent to Distribute. |
| Defendant. | |

The United States Attorney charges:

## COUNT 1

**21 U.S.C. § 841(a)(1)
Possession of Methamphetamine with Intent to Distribute**

On or about July 3, 2018, in the Northern Division of the District of Utah,

**VALENTINE GUADARRAMA,**

the defendant herein, did knowingly and intentionally possess with intent to distribute

five (5) grams or more of methamphetamine, a schedule II controlled substance within in

the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1) and 18 USC § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

JOHN W. HUBER
United States Attorney

/s/ Branden B. Miles
BRANDEN B. MILES
Special Assistant United States Attorney