JOHN W. HUBER, United States Attorney (#7226)
BRANDEN B. MILES, Special Assistant United States Attorney (#9777)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:   (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN, DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:19CR00021 TC |
| Plaintiff, | : | NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL |
| vs. | : | |
| VALENTIN GUADARRAMA, | : | Hon. Tena Campbell |
| Defendant. | : | |

_____

The United States Attorney, by and through the undersigned Special Assistant United States Attorney, hereby request that Isaac C. Workman's name be terminated from the above referenced case.   Isaac C. Workman is no longer associated with the case or the United States Attorney's Office.

Dated this 30th day of January, 2020.

JOHN W. HUBER
United States Attorney


*/s/ Branden B. Miles*
BRANDEN B. MILES
Special Assistant United States Attorney