JOHN W. HUBER, United States Attorney (#7226)
BRANDEN B. MILES, Special Assistant United States Attorney (#9177)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:(801) 524-5682

FILED
U.S. DISTRICT COURT

2020 FEB 10 P 12: 39

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>VALENTIN GUADARRAMA,<br><br>            Defendant. | 1:19-CR-00021 TC<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S:

We command you that you bring the body of VALENTIN GUADARRAMA, now confined in the Weber County Jail before the Honorable Magistrate Judge Brooke Wells, presiding at the United States District Court, Salt Lake City, Utah, on the 28th day of FEBRUARY 2019 at 11:30 a.m., of said day, and from day to day thereafter, for purposes of an Initial Appearance and Detention Hearing upon the charges pending against the defendant in the

United States District Court, and in the above-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this 22 February 2019.

*Brooke C. Wells*
Brooke C. Wells
United States Magistrate Judge

I have (partially) (fully) executed the within __WHCAP__ by receiving the body of __Guadarrama__ on __2/28/19__ and delivering (him) (her) to __Court__ on __2/28/19__

United States Marshal
by: __Kristin Shuman__
Deputy U.S. Marshal


I have (partially) (fully) executed the within __WHCAP__ by receiving the body of __Guadarrama__ on __2-7-20__ and delivering (him) (her) to _____ on _____

United States Marshal
by: __Kristin Shuman__
Deputy U.S. Marshal